THIS ORDER IS APPROVED.

Dated: July 16, 2021

_____
Scott H. Gan, Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re: )
) Chapter 7 Proceedings
CHRISTOPHER MICHAEL GONZALEZ )
) CASE NO.  4-13-bk-05650-SHG
)
) **ORDER FOR PAYMENT OF**
Debtor(s) ) **UNCLAIMED FUNDS TO THE U.S.**
) **BANKRUPTCY COURT**
)

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that pursuant to 347(a) of the Bankruptcy Code the Trustee pay over the amount of $2,798.00 to the Clerk of the Court to be deposited in the Registry thereof.

DATED AND SIGNED ABOVE