| Fill in this Information to identify the case: | |
|---|---|
| Debtor 1 | Christopher Michael Gonzalez |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the District of Arizona | |
| Case number: 4:13-bk-05650 | |

**FILED**

**OCT 0 4 2022**

**U.S. BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

<u>Form 1340 (12/19)</u>

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | **2,798.00** |
|---|---|
| Claimant's Name: | Dynasty Asset Recovery Services LLC, Assignee to Christopher Michael Gonzalez |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | Dana Williams, Managing Member of Dynasty Asset Recovery Services LLC<br>3755 N Josety Ln #117220<br>Carrollton, Texas 75011<br>(469) 702-1976    dana@dynastyassetrecovery.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds. The Applicant and Claimant may be the same.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

## 4. Notice to United States Attorney

[✓] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Arizona
2 Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ 85004

## 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 9/27/22

Signature of Applicant

Dana Williams, Managing Member of Dynasty Asset Recovery Services LLC

Printed Name of Applicant

Address: 3755 N Josety Ln #117220
Carrollton, Texas 75011

Telephone: (469) 702-1976

Email: dana@dynastyassetrecovery.com

## 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address: _____

Telephone: _____

Email: _____

## 6. Notarization

STATE OF Texas
COUNTY OF Denton

This Application for Unclaimed Funds, dated 9/27/2022 was subscribed and sworn to before me this 27th day of September, 2022 by

Dana Williams

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public Brian C Allen

My commission expires: 07-19-2025

BRIANNA C ALLISON
Notary Public
STATE OF TEXAS
NOTARY ID # 13322323-3
My Comm. Expires 07-19-2025

## 6. Notarization

STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____

My commission expires: _____