UNITED STATES BANKRUPTCY COURT
District of Arizona

In re:  ) Case No. 4:13-bk-05650
Christopher M. Gonzalez  )
  )
  )
  *Debtor(s)*  ) Chapter 7

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On _____, an application was filed for the Claimant(s), Dynasty Asset Recovery Services LLC, Assignee to Christopher M Gonzalez, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $2,798.00 held in unclaimed funds be made payable to the Claimant(s) Dynasty Asset Recovery Services LLC and be disbursed at the following address:

3755 N Josey Ln # 117220, Carrollton, Texas 75011.